**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN SAPONARO, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>FELD ENTERTAINMENT INC., a Delaware corporation, FELD MOTOR SPORTS, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 2:25-cv-05272-MRA-RAO<br><br>**ORDER GRANTING PARTIES JOINT STIPULATION TO EXTEND PRE-TRIAL DEADLINES [40]** |

On March 12, 2026, the Parties filed a Joint Stipulation to Extend Pre-trial Deadlines as outlined in ECF No. 24-1 by 45 days.

The Parties are still engaged in the final stages of discovery, including completion of three fact witness depositions and the completion of Plaintiff's deposition and those depositions cannot be completed prior to the March 16, 2026 deadline to complete fact discovery under the current Scheduling Order. The parties have also agreed to attend mediation on April 10, 2026. In the interest of efficiency and judicial economy and to allow the Parties to complete mediation first; and if the case does not resolve, time for the Parties to complete the remaining depositions and prepare for subsequent pre-trial deadlines in an orderly and efficient manner.

-1-

DM2\301671915.2

The Court, having considered the Parties Joint Stipulation and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

That all pre-trial deadlines in ECF No. 24-1 are hereby extended as follows by 45 days:

| Pre-Trial Events | Current Date | Proposed New Date |
| --- | --- | --- |
| Final Pre-Trial Conference | 8/31/2026 | **10/20/2026 at 1:30pm** |
| Opp. to MILs Filing Deadline | 8/10/2026 | 9/24/2026 |
| MIL Filing Deadline | 8/3/2026 | 9/17/2026 |
| Settlement Conf. Completion | 7/27/2026 | 7/27/2026 |
| L/D to Hear Daubert Motions | 7/6/2026 | 8/18/2026 |
| L/D to Hear non-Disco Motions | 6/8/2026 | 7/21/2026 |
| Expert Disco. Cut off | 5/26/2026 | 7/10/2026 |
| Expert Disclosure (Rebuttal) | 5/4/2026 | 6/19/2026 |
| Expert Disclosure (Initial) | 4/6/2026 | 5/21/2026 |
| Non-Expert Disco. Cut Off | 3/16/2026 | 4/30/2026 |

IT IS SO ORDERED.

Dated: March 23, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

-2-

DM2\301671915.2